JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO ALEJANDRO H.,[1]

    Plaintiff,

    v.

FRANK BISIGNANO,[2]
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:25-cv-01135-PD

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed, and this matter is Remanded to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

DATED: March 31, 2026

_Patricia Donahue_

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Frank Bisignano became the Commissioner of Social Security on May 6, 2025, and is substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).