**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO ALEJANDRO HERNANDEZ-MAGANA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant | ) Case No.: 2:25-cv-01135-PD <br> ) <br> ) ORDER AWARDING EQUAL <br> ) ACCESS TO JUSTICE ACT <br> ) ATTORNEY FEES AND EXPENSES <br> ) PURSUANT TO 28 U.S.C. § 2412(d) <br> ) AND COSTS PURSUANT TO 28 <br> ) U.S.C. §§ 1920; 2412 <br> ) <br> ) <br> ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $8,700.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: 05/07/2026

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

   /s/  *Steven G. Rosales*

BY: _____
   Steven G. Rosales
   Attorney for plaintiff Gustavo Alejandro Hernandez-Magana